464 A.2d 519

Commonwealth v. Jordan, Appellant.
Petition for Allowance of Appeal
Denied Jan. 16, 1984.

Argued January 19, 1983.  Michael James Reed, for appellant;  Lee Ruslander, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, ROWLEY and HOFFMAN, JJ.

Judgment of sentence affirmed.